# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF MERCER, L.L.C.

VERSUS

AUSTIN BRIDGE AND ROAD,
L.P., FEDERAL INSURANCE
COMPANY, FIDELITY AND
DEPOSIT COMPANY OF MARYLAND,
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
ZURICH AMERICAN INSURANCE
COMPANY, AND STATE OF
LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.  2024 CW 0405

**MAY 7, 2024**

---

In Re:  Austin Bridge & Road, L.P., Federal Insurance Company,
Fidelity and Deposit Company of Maryland, Travelers
Casualty and Surety Company of America, and Zurich
American Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 615815.

---

**BEFORE:  GUIDRY, C.J., HESTER AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**

> JMG
> CHH
> SMM

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT